UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ARCH SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.

PAUL WILLIAMS ROOFING LLC,

    Defendant.

No. 1:24-CV-096-H

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Discontinuance with Prejudice. Dkt. No. 14. The Court construes the stipulation of discontinuance as a joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on October 24, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE